**John MONDAINE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 46414.**

Missouri Court of Appeals,
Western District.

Sept. 21, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 2, 1993.

Application to Transfer Denied
Dec. 21, 1993.

Willard B. Bunch, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David B. Cosgrove, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and SMART and ELLIS, JJ.

### *ORDER*

PER CURIAM.

Appeal from the denial of a Rule 27.26 motion for post-conviction relief after an evidentiary hearing.

Judgment Affirmed. Rule 84.16(b).